

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2015

No. 04-15-00589-CV

**IN THE INTEREST OF A.K.**, a child,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2538-CV
The Honorable William Old, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file appellant's brief is granted.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2015.

Keith E. Hottle
Clerk of Court